# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EZ-CONCRETE SUPPLY, LLC,<br><br>                              Plaintiff,<br><br>v.<br><br>EZ POLISH SYSTEM,<br><br>                              Defendant. | Case No.: 20-CV-2246 JLS (LL)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS**<br><br>(ECF No. 12) |

Presently before the Court is the Parties' Joint Motion to Dismiss Entire Action with Prejudice (ECF No. 12).  Good cause appearing, the Court **GRANTS** the Joint Motion. Defendant EZ Polish System **SHALL** transfer the domain name https//www.ezconceretesupply.com/ to Plaintiff EZ-Concrete Supply, LLC at no cost.  As stipulated by the Parties, the Court **DISMISSES WITH PREJUDICE**, with each Party to bear its own costs and attorney's fees.  The Clerk of Court shall close the file.

**IT IS SO ORDERED.**

Dated: May 12, 2021

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge